## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 02-81005-CIV-HURLEY/LYNCH

**FAIR HOUSING CENTER OF THE
GREATER PALM BEACH, INC., et al.,**

      **Plaintiffs,**

**v.**

**JANE SENDZIK, et al.,**

      **Defendants.**

_____/



FILED by ___ D.C.

**SEP 15 2003**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT
### THE KEYES COMPANY TO PRODUCE DOCUMENTS REQUESTED
### AND TO PROVIDE ANSWERS TO INTERROGATORIES [D.E. #71 and D.E. #75]

      **THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and the responses, this Court makes the following findings:

      1.     Plaintiff's Motion to Compel has been docketed by the court twice, therefore it has been given two docket entry numbers, to wit:  D.E. #71 and D.E. #75.  This is the reason why this Court is addressing the same motion with two separate docket entry numbers.

      2.     This Court has reviewed the Complaint as well as the requested discovery and the responses and replies and finds that much of the requests are overbroad and should not be ordered.  The net worth information is sufficient and shall be granted.  The remaining information is too general in nature and overbroad and shall be denied.



It is therefore

**ORDERED AND ADJUDGED** that the motion is **GRANTED** in respect to

Interrogatories No. 5 and 11 and Request for Production No. 11, it is further

**ORDERED AND ADJUDGED** that the motion is **GRANTED** in respect to Request

for Production No. 14 but **DENIED** as to any loans or credit applications, it is further

**ORDERED AND ADJUDGED** that the motion is **DENIED** as to Request for

Production Nos. 15, 16, 17, 31 and for any fees or costs.

**DONE AND ORDERED** this _18TH_ day of September, 2003, at Fort Pierce,

Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

Michael F. Amezaga, Esq.
324 Datura Street
Suite 200
West Palm Beach, Fl 33401

B. J. Reeves, Esq.
6565 Taft Street
Suite 102
Hollywood, FL 33401

Gary S. Phillips, Esq.
4000 Hollywood Boulevard
Suite 265 South
Hollywood, FL 33021

Bruce D. Friedlander, Esq.
1 S.E. Third Avenue
Suite 1101
Miami, FL 33131

Philip J. Croyle, Esq.
2500 North Military Trail
Suite 480
Boca Raton, FL 33431

Jeffrey M. Garber, Esq.
515 North Flagler Drive
18th Floor
West Palm Beach, FL 33401